GREGORY M. FINCH (SBN 091237)
SIGNATURE LAW GROUP, LLP
3400 Bradshaw Rd., Suite A-4A
Sacramento, California 95827
Telephone: (916) 856-5800
Facsimile: (916) 880-5255
gfinch@signaturelawgroup.com

Attorney for Plaintiff JORDAN FAGAN

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| JORDAN FAGAN, Plaintiff, vs. AIMEE EAGLETON, MICHAEL MATRANGA, JOHN DOE; and DOES 1 through 20, inclusive, Defendants. | Case No. 2:15-cv-01755-JAM-KJN <br><br>**AMENDED STIPULATION AND ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE THIRD AMENDED COMPLAINT** <br><br>Action Filed: August 18, 2015 |
|---|---|

Plaintiff, JORDAN FAGAN ("Plaintiff") by and through GREGORY M. FINCH of Signature Law Group, LLP, his attorney of record; defendant AIMEE EAGLETON by and through WENDY MOTOOKA of Cregger & Chalfant, LLP, her attorneys of record; and MICHAEL MATRANGA by and through JONATHAN B. PAUL of Rivera & Associates, his attorneys of record, submit the following Joint Stipulation and request that the Court grant Plaintiff leave to file a Amended Complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure:

1. Plaintiff filed his complaint on August 18, 2015.

1

2. Following the Court's granting of Defendant's County of Sacramento Motion to Dismiss, Plaintiff filed his First Amended Complaint on January 13, 2016.

3. Following the Court's granting of Defendant's County of Sacramento second Motion to Dismiss, Plaintiff filed his Second Amended Complaint on June 21, 2016.

4. Defendant AIMEE EAGLETON filed her answer to the Second Amended Complaint on July 26, 2016.

5. Defendant MICHAEL MATRANGA filed his answer to the Second Amended Complaint on July 27, 2016.

6. While in the course of discovery, Plaintiff has determined that Defendant AIMEE EAGLETON appears not be responsible for the injuries suffered by Plaintiff.

7. Plaintiff seeks to amend his Complaint by dismissing Defendant AIMEE EAGLETON and limit all causes of action to Defendant MICHAEL MATRANGA. A Third Amended Complaint that includes this amendment is attached as Exhibit A.

8. The parties have met and conferred regarding the elimination of AIMEE EAGLETON as a defendant in Plaintiff's proposed Third Amended Complaint and Defendants have agreed to Plaintiff's request for this stipulation.

NOW, THEREFORE, the parties hereby stipulate and request that the Court grant Plaintiff leave to file a Third Amended Complaint in this action, a true and correct copy of which is attached hereto as Exhibit A.

IT IS SO STIPULATED.

AMENDED STIPULATION AND ORDER GRANTING LEAVE FOR PLAINTIFF TO FILE THIRD AMENDED COMPLAINT

Dated: April 12, 2017                    RESPECTFULLY SUBMITTED,
                                         SIGNATURE LAW GROUP, LLP


                                         BY:    */s/ Gregory M. Finch*
                                                GREGORY M. FINCH
                                                Attorney for Plaintiff,
                                                JORDAN FAGAN


Dated: April 12, 2017                    CREGGER & CHALFANT LLP


                                         BY:    */s/ Wendy Motooka*
                                                WENDY MOTOOKA
                                                Attorney for Defendant
                                                AIMEE EAGLETON


Dated: April 12, 2017                    RIVERA & ASSOCIATES


                                         BY:    */s/ Jonathan B. Paul*
                                                JONATHAN B. PAUL
                                                Attorney for Defendant
                                                MICHAEL MATRANGA

**ORDER**

Good cause appearing, IT IS ORDERED that Plaintiff is granted leave to file the Third Amended Complaint, which is to be filed with the Court within ten (10) days of this signed Order.

Dated: 4/13/2017                         /s/ John A. Mendez
                                         HON. JOHN A. MENDEZ
                                         UNITED STATES DISTRICT COURT JUDGE

3