1 | RIVERA & ASSOCIATES
2 | 1425 River Park Drive, Suite 250
Sacramento, California 95815
3 | Tel: 916-922-1200 Fax: 916 922-1303

4 | Jesse M. Rivera, SBN 84259
Shanan L. Hewitt, SBN 200168
5 | Jonathan B. Paul, SBN 215884
Jill B. Nathan, SBN 186136
6 | Jamil Ghannam, SBN 300730

7 | Attorneys for Defendant Michael Matranga

8 | Gregory M. Finch, SBN 091237
**SIGNATURE LAW GROUP**
9 | 3400 Bradshaw Road, Suite A-4A
Sacramento, CA 95827
10 | Telephone: 916-856-5800
11 | Facsimile: 916-880-5255
gfinch@signaturelawgroup.com

13 | Attorney for Plaintiff Jordan Fagan

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORDAN FAGAN,<br>                Plaintiff,<br>vs.<br>COUNTY OF SACRAMENTO, AIMEE EAGLETON, MICHAEL MATRANGA, et al.,<br>                Defendants. | Case No.: 2:15-cv-01755-JAM-KJN<br><br>STIPULATION AND ORDER EXTENDING THE EXPERT WITNESS DISCLOSURE DEADLINES |

**TO THE COURT, TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff Jordan Fagan ("Plaintiff") and Defendant Michael Matranga by and through their undersigned counsel, hereby stipulate as follows:

    That good cause exists to extend the expert witness disclosure deadlines by 30 days.

Specifically, the parties stipulate that good cause exists to extend the expert witness disclosure deadlines from the current expert witness disclosure deadline of June 9, 2017 and supplemental/rebuttal expert disclosure deadline of June 23, 2017, as set forth in the September 1, 2016, Status (Pre-trial Scheduling) Order (Doc 35) as the parties intend to mediate this matter prior to engaging in costly expert witness discovery. The parties do not believe that any other dates or deadlines within the Pre-trial Scheduling Order require resetting under this stipulation. Hence, the parties stipulate and respectfully request that the expert witness disclosure deadlines be continued by 30 days to July 10, 2017 for expert witness disclosures and July 24, 2017 for supplemental/rebuttal expert witness disclosures.

**IT IS SO STIPULATED.**

Dated: May 22, 2017           RIVERA & ASSOCIATES

/s/ Jonathan B. Paul
JONATHAN B. PAUL
Attorney for Defendant Michael Matranga

Dated: May 22, 2017           **SIGNATURE LAW GROUP**

/s/ Gregory M. Finch
Gregory M. Finch
Attorney for Plaintiff Jordan Fagan

///
///
///
///

**ORDER**

Having reviewed the above Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the expert witness disclosure deadline is continued from June 9, 2017 to July 10, 2017 and the supplemental expert witness disclosure deadline continued from June 23, 2017 to July 24, 2017.

**IT IS SO ORDERED.**

Date: 5/22/2017　　　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　　　　HON. JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE