RIVERA & ASSOCIATES

1425 River Park Drive, Suite 250
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, SBN 84259
Shanan L. Hewitt, SBN 200168
Jonathan B. Paul, SBN 215884
Jill B. Nathan, SBN 186136
Glen A. Williams, SBN 257665

Attorneys for Defendant
Michael Matranga

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN FAGAN,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO, AIMEE EAGLETON, MICHAEL MATRANGA, et al., | Case No. 2:15-cv-01755-JAM-KJN<br><br>**STIPULATED DISMISSAL WITH PREJUDICE AND ORDER** |

It is hereby stipulated, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the Plaintiff JORDAN FAGAN represented by and through his attorney of record, Gregory M. Finch, Esq. Defendant MICHAEL MATRANGA, by and through his attorney of record, Jonathan B. Paul, Esq., that the entire action is dismissed with prejudice forthwith. Each side is to bear their own attorney's fees.

Dated: September 5, 2017                    SIGNATURE LAW GROUP

                                                          (As authorized on 9/5/17)
                                                          */s/ Gregory M. Finch, Esq.*

                                                          Gregory M. Finch, Esq.
                                                          Attorney for Plaintiff
                                                          Jordan Fagan

| 1 | Dated: September 5, 2017 | RIVERA & ASSOCIATES |
|---|---|---|
| 2 | | |
| 3 | | */s/ Jonathan B. Paul* |
| 4 | | JONATHAN B. PAUL<br>Attorney for Defendant |
| 5 | | Michael Matranga |

Pursuant to the stipulation of the parties herein, the entire action is dismissed with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii). Each side to bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

Date: 9/8/2017         /s/ John A. Mendez
                       Hon. John A. Mendez
                       United States District Court Judge